# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>DAVID NEWLAND, et al.,<br><br>                                    Defendants. | Case No.:  17CR0623-JLS<br><br>**ORDER CONTINUING STATUS HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED that the Status Hearing in this matter is continued from February 10, 2021 to **March 19, 2021** at **11:00 a.m.** Defendants shall file acknowledgements of the new hearing date by February 10, 2021, however the appearance of any defendant at the hearing may be waived.  The hearing shall take place via video or teleconferencing, in-person appearances will be permitted only if the moratorium established by Chief Judge Order No. 60 has expired.

Due to the ongoing COVID-19 public emergency, the limited authorization for conducting criminal proceedings under the CARES Act and Chief Judge Order No. 56, and the current moratorium on jury trials, the Court finds that that the ends of justice will be served by this continuance, and these outweigh the interests of the public and the defendants in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: February 2, 2021

Hon. Janis L. Sammartino
United States District Judge

17CR0623-JLS