# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br><br> DAVID LAUSMAN, (6) <br> Defendant. | Case No. 17CR0623-JLS-6 <br><br> **ORDER ALLOWING COMPUTER TECHNOLOGY EQUIPMENT INTO COURTROOM** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Lausman and counsel are allowed to bring into the courtroom the following computer technology equipment:

Laptops
HDMI cables
Power cables
HDMI Switcher
Speaker
Technician table
Floor Tape

SO ORDERED.

DATED: February 24, 2022

Honorable Janis L. Sammartino
United States District Judge

-1-