# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR0623-JLS-6 |
| Plaintiff, | **AMENDED ORDER ALLOWING COMPUTER TECHNOLOGY EQUIPMENT INTO COURTROOM** |
| v. | |
| DAVID NEWLAND, et.al. | |
| DAVID LAUSMAN, (6) | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendants are allowed to bring into the courtroom the following computer technology equipment:

Laptops
Printer
HDMI cables
Power cables
HDMI Switcher
Speaker
Technician table
Floor Tape

SO ORDERED

DATED: March 1, 2022

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge

-1-