ROBERT E. BOYCE
State Bar No. 79806
LAURA G. SCHAEFER
State Bar No. 138801
email: ls@boyce-schaefer.com
BOYCE & SCHAEFER
Attorneys at Law
934 23rd Street
San Diego, CA 92102
619/232-3320
email: rb@boyce-schaefer.com

Attorneys for Defendant
DAVID LAUSMAN (6)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 17CR0623-JLS-6 |
| Plaintiff, ) | **DEFENDANT DAVID LAUSMAN'S JOINDER IN CODEFENDANT JAMES DOLAN'S FILING** |
| v. ) | **(Dkt. 868)** |
| DAVID NEWLAND, et.al. ) | |
| DAVID LAUSMAN, (6) ) | |
| Defendant. ) | |

Defendant DAVID LAUSMAN  pursuant to Local Rule 47.1(d), joins in codefendant James Dolan's Motion to Admit Part of His Post-Arrest Statement under the Rule of Completeness, and to Preclude an Ambiguous Statement under Fed. R. Evid. 401-03. (Dkt. 868).

Respectfully submitted,

Dated: May 4, 2022

/s/ RobertE. Boyce
Counsel for David Lausman

-1-